# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

NIKE, INC.,

        Plaintiff,

-vs-                                  Case No. 6:09-cv-796-Orl-28KRS

MORIANGO AUSTIN, GUIDANCE
GROUP, LLC, CHAUNCY OUTLAW,

        Defendants.

---

## ORDER

This case is before the Court on Plaintiff's Motion for Entry of Default Judgment and Permanent Injunction (Doc. No. 17) filed July 21, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 8, 2009 (Doc. No. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Entry of Default Judgment and Permanent Injunction is **GRANTED**.

3. Default judgment is hereby entered against Defendants Moriango Austin, Guidance Group, LLC, and Chauncy Outlaw. Plaintiff is awarded statutory damages in the

amount of $60,000.00 against each of the Defendants, jointly and severally, plus post-judgment interest pursuant to 28 U.S.C. § 1961(a). The Clerk of the Court is directed to enter judgment in accordance with this Order.

4. Plaintiff's request for a permanent injunction is **GRANTED**. Plaintiff shall submit a proposed permanent injunction no later than November 10, 2009.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 28 day of October, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party